# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 16-11474-JKF

VERONICA WARD

3657 OLD YORK ROAD

PHILADELPHIA, PA 19140-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VERONICA WARD

    3657 OLD YORK ROAD

    PHILADELPHIA, PA 19140-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, P.C.
    1528 WALNUT ST
    SUITE 1401
    PHILA, PA 19102-

                                                /S/ William C. Miller

Date: 8/5/2016                                          _____
                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee