# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:            : Chapter 13
               :
Veronica Ward         : Bankruptcy No. 16-11474 SR

## CERTIFICATION OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ERIK B. JENSEN, ESQUIRE

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the APPLICATION FOR COMPENSATION has been served upon me, nor have any other APPLICATIONS FOR ADMINISTRATIVE EXPENSES.

WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

                    Respectfully submitted,

DATE: September 20, 2016        /s/ Erik B. Jensen, Esq
                    Erik B. Jensen, P.C.
                    Attorney for the Debtor
                    1528 Walnut Street, Suite 1401
                    Philadelphia, PA 19102
                    215-546-4700