## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Veronica Ward<br>　　　　　　　　Debtor | | CHAPTER 13 |
| MIDFIRST BANK<br>　　　　　　　　Movant<br>　　vs.<br>Veronica Ward<br>　　　　　　　　Debtor | | NO. 16-11474 JKF |
| William C. Miller Esq.<br>　　　　　　　　Trustee | | 11 U.S.C. Sections 362 and 1301 |

### **ORDER**

AND NOW, this　　　day of　　　　　, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3657 Old York Road, Philadelphia, PA 19140 ("Property"), as to Movant, its successors or assignees.

**Date: October 25, 2016**

_[signature]_

United States Bankruptcy Judge.

Veronica Ward
3657 Old York Road
Philadelphia, PA 19140

Erik B. Jensen Esq.
1528 Walnut Street (VIA ECF)
Suite 1401
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532