**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

                                                                    13

        Veronica Ward

                                                            Bky No. 16-11474 JKF

                    Debtor(s).

**ORDER**

        **AND NOW,** this            day of                    2016, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Erik B. Jensen P.C.**,** counsel for debtor(s) and after notice it is hereby

        **ORDERED** that counsel fees in the amount $3,000.00 less $1,945.00 already paid with a remaining balance of $1,055.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

                                            **BY THE COURT:**

                                            _Jean K. FitzSimon_
**Date: January 10, 2017**            _____
                                            Hon. Jean K. FitzSimon
                                            **U.S. BANKRUPTCY JUDGE**

CC:     **Law Offices of Erik B. Jensen, P.C.**
        **ERIK B. JENSEN, ESQUIRE**
        **1528 Walnut Street**
        **Suite 1401**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106

        Veronica Ward
        3657 Old York Road
        Philadelphia, PA 19140